# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

KENJUAN BROWN, JR., DEANDRA JOHNSON Individually and as Mother and Next Friend of DENZEL TRAVIS, a Minor, and ROBERT BARNES, as Special Administrator of the Estate of TAZIA CRITE, Deceased,

Plaintiffs,

v.

JOSE CARLOS AGUILAR, Individually and as agent of ERIVES ENTERPRISES, INC., a Texas Corporation, and ERIVES ENTERPRISES, INC., a Texas Corporation,

Defendants.

No. 2021-cv-2125

## NOTICE OF REMOVAL

NOW COME the Defendants, JOSE CARLOS AGUILAR and ERIVES ENTERPRISES, INC., by their attorney, Joseph A. Panatera of CASSIDAY SCHADE LLP, and for their Notice of Removal state as follows:

1. Plaintiffs filed their Complaint in the Circuit Court of Champaign County, Illinois, on November 6, 2020, as the result of a motor vehicle accident that occurred on October 13, 2020. (*See* a copy of Plaintiffs' Complaint is attached hereto as Exhibit A).

2. Plaintiffs filed their First Amended Complaint in the Circuit Court of Champaign County, Illinois, on January 7, 2021, as the result of a motor vehicle accident that occurred on October 13, 2020. (*See* a copy of Plaintiffs' First Amended Complaint is attached hereto as Exhibit B). Plaintiffs' First Amended Complaint added Robert Barnes a Special Administrator of the Estate of TAZIA CRITE, Deceased, as a Plaintiff. *See Ex. B*.

3. The Defendants named in Plaintiffs' Complaint were REBECCA POWEL as Special Representative of AARON REED, Deceased, JOSE CARLOS AGUILAR, Individually

and as agent of ERIVES ENTERPRISES, INC., a Texas Corporation, and ERIVES ENTERPRISES, INC., a Texas Corporation. *See Ex. A and Ex. B.*

4. On February 4, 2021, Defendants, JOSE CARLOS AGUILAR and ERIVES ENTERPRISES, INC., filed their Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint. (*See* a copy of Defendants' Answers and Affirmative Defenses attached as **Exhibit C**).

5. On June 1, 2021, REBECCA POWEL as Special Representative of AARON REED was dismissed with prejudice pursuant to settlement. (*See* a copy of the Order Dismissing REBECCA POWEL as Special Representative of AARON REED as **Exhibit D**). This dismissal was allowed after the Order approving the settlement with the Minor's Estate and the Order approving the settlement of the wrongful death claim. (*See* Orders attached as **Exhibit E** and **Exhibit F**).

6. On May 18, 2021, this matter became removable. *See* 28 USC 1446(b)(3). This notice is filed within thirty (30) days after receipt of the order dismissing REBECCA POWEL as Special Representative of AARON REED with prejudice pursuant to settlement pursuant to 28 USC 1446(b)(3). *Ex. D.*

7. At the time this action was commenced, and since then, Defendant, JOSE CARLOS AGUILAR, has been a citizen of the State of Texas with his primary place of residence in Eagle Pass, Maverick County, Texas. (*See* Illinois Traffic Crash Report for the accident at issue attached as **Exhibit G.**)

8. At the time this action was commenced, and since then, Defendant, ERIVES ENTERPRISES, INC., has been a corporation organized and existing under the laws of the State

of Texas with their principal place of business in El Paso, Texas. (*See* Affidavit of Erives Enterprises, Inc., attached hereto as **Exhibit H**.)

9. Upon information and belief, at the time the action was commenced and since, Plaintiff has been a citizen of the State of Illinois. *See Ex. A, B, E, F and G.*

10. Diversity of Citizenship remains amongst the parties to this action.

11. Upon information and belief, Plaintiffs allegedly suffered severe and permanent injuries as a result of the accident at issue including, but not limited to, the death of Tazia Crite, orthopedic injuries to Ms. Deandra Johnson resulting in medical billing in excess of $68,000, orthopedic injuries to Mr. Kenjuan Brown Jr. resulting in medical billing in excess of $110,000, and multiple injuries to Denzel Travis resulting in medical billing in excess of $1,500,000. (See Petition to Approve Minor's Settlement attached as **Exhibit I.**) Based on this information, the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interests and costs.

12. This action is a civil one in which the United States District Courts have original jurisdiction under 28 USC 1332.

13. Attached are copies of the Complaint, First Amended Complaint, Answer and Affirmative Defenses to First Amended Complaint, Order approving the settlement of the minor's estate, Order approving the settlement of the wrongful death claim, and Order dismissing REBECCA POWEL as Special Representative of AARON REED. These documents are all of the pleadings, process and orders that have been served on JOSE CARLOS AGUILAR and ERIVES ENTERPRISES, INC.

WHEREFORE, Defendants, JOSE CARLOS AGUILAR and ERIVES ENTERPRISES, INC. pray that this cause be removed to the United States District Court for the Central District of Illinois, Urbana Division.

                Respectfully submitted,

                CASSIDAY SCHADE LLP

                By: /s/Joseph A. Panatera
                One of the Attorneys for Defendants, JOSE CARLOS AGUILAR and ERIVES ENTERPRISES, INC.

Joseph A. Panatera
ARDC#6288487
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jpanatera@cassiday.com

9837784 JPANATER;JPANATER