048987/07396/JAP

## U.S. DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| KENJUAN BROWN, DEANDRA JOHNSON as Mother and Next Friend of DENZEL TRAVIS, a minor, and ROBERT BARNES, as Special Administrator of the Estate of Tazia Crite, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ERIVES ENTERPRISES, INC. and JOSE CARLOS AGUILAR,<br><br>Defendants. | No. 2:21-cv-02125-CSB-EIL |

### STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure it is hereby stipulated and agreed by and between all parties hereto, by their respective attorneys, that the above captioned case be dismissed with prejudice, without costs to any party, all claims having been compromised and settled.

| | |
|---|---|
| LIPKIN & APTER<br><br>By: /s/Kevin Apter<br>Attorney for Plaintiffs, KENJUAN BROWN, DEANDRA JOHNSON as Mother and Next Friend of DENZEL TRAVIS, a minor, and ROBERT BARNES, as Special Administrator of the Estate of Tazia Crite, Deceased<br>205 West Randolph Street<br>Chicago, Illinois 60606<br>Phone: (312) 624-9342<br>kapter@lipkinapter.com | CASSIDAY SCHADE LLP<br><br>By: /s/Joseph A. Panatera<br>Attorney for Defendants, ERIVES ENTERPRISES, INC. and JOSE CARLOS AGUILAR<br>222 W. Adams St., Suite 2900<br>Chicago, IL 60606<br>Phone: (312) 641-3100<br>Fax: (312) 444-1669<br>jpanatera@cassiday.com |

9984305 JPANATER;JPANATER